UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALONZO GEORGE WHITE | CIVIL ACTION |
| VERSUS | NUMBER: 14-2131 |
| MARLIN GUSMAN, ET AL. | SECTION: "C"(5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Plaintiff's suit is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 10 day of November, 2014.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE